UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ORALIA VARGAS,

               Plaintiff,

    - against -

EL CARNALITO BARRAGAN DELI
INC., ET AL.,

               Defendants.

26-cv-1992 (JGK)

Order

---

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) status report by **July 3, 2026**.

SO ORDERED.

Dated:    New York, New York
         June 23, 2026

                     John G. Koeltl
               United States District Judge